IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARMAINE PRATER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-74 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 14th day of January, 2020, the Complaint in the above-captioned case having been filed on December 31, 2019, and the Clerk of Court having inadvertently opened the case with a 2020 case number, it is ORDERED the Clerk is directed to assign this case a 2019 case number and copy the docket entries from this case (Civil Action No. 20-74) to the new 2019 case and docket. It is further ORDERED the Clerk is directed to mark the above-captioned case as CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.